FINNEGAN,TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:21–cv–00813

Edke v. Belden, Inc.

Assigned to: Honorable Joan B. Gottschall

Demand: $75,000

Cause: 28:1332 Diversity–(Citizenship)

Date Filed: 02/12/2021

Date Terminated: 07/16/2021

Jury Demand: Plaintiff

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

**Plaintiff**

**Anand Edke**   represented by   **Carl V. Malmstrom**
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson St.
Suite 1700
Chicago, IL 60604
(312) 984–0000
Email: malmstrom@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachele R. Byrd**
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820
San Diego, CA 92101
(619) 239–4599
Email: byrd@whafh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Guillon**
Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
(916) 777–7777
Email: lguillon@justice4you.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Belden, Inc.**   represented by   **Andrew Robert Greene**
ASG Law LLC
20 North Clark Street
Suite 3300
Chicago, IL 60602
(312) 858–3325
Email: agreene@asglawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gavin Reinke**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881–7000
Email: gavin.reinke@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kehinde A. Durowade**
ElevateNext Law
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
(312) 676–5475
Email: kehinde.durowade@elevateservices.com
*ATTORNEY TO BE NOTICED*

**Kristine Mcalister Brown**
Alston & Bird, Llp
1201 W. Peachtree Street
Atlanta, GA 30309
(404) 881–7000
Email: kristy.brown@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terance A Gonsalves**
Alston & Bird LLP
1201 West Peachtree Street NE
Suite 4900
Atlanta, GA 30309
404–881–7983
Email: Terance.Gonsalves@alston.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2021 | Ï 1 | NOTICE of Removal from Circuit Court of Cook County, Chancery Division, case number (2021CH00047) filed by Belden, Inc. Filing fee $ 402, receipt number 0752–17926353. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Greene, Andrew) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 2 | CIVIL Cover Sheet (Greene, Andrew) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 3 | ATTORNEY Appearance for Defendant Belden, Inc. by Andrew Robert Greene (Greene, Andrew) (Entered: 02/12/2021) |
| 02/12/2021 | Ï | CASE ASSIGNED to the Honorable Joan B. Gottschall. Designated as Magistrate Judge the Honorable Sheila M. Finnegan. Case assignment: Random assignment. (kl, ) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Belden, Inc. re notice of removal, 1 (Greene, Andrew) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 5 | ATTORNEY Appearance for Defendant Belden, Inc. by Kehinde A. Durowade (Durowade, Kehinde) (Entered: 02/12/2021) |

| 02/12/2021 | Ï 6 | ATTORNEY Appearance for Plaintiff Anand Edke by Carl V. Malmstrom (Malmstrom, Carl) (Entered: 02/12/2021) |
|---|---|---|
| 02/15/2021 | Ï 7 | ATTORNEY Appearance for Plaintiff Anand Edke by Leslie Guillon (Guillon, Leslie) (Entered: 02/15/2021) |
| 02/16/2021 | Ï 8 | ATTORNEY Appearance for Defendant Belden, Inc. by Terance A Gonsalves (Gonsalves, Terance) (Entered: 02/16/2021) |
| 02/16/2021 | Ï 9 | MOTION by Defendant Belden, Inc. for leave to file excess pages *for both Plaintiff and Defendant in forthcoming Motion to Dismiss* (Durowade, Kehinde) (Entered: 02/16/2021) |
| 02/17/2021 | ï 10 | MINUTE entry before the Honorable Joan B. Gottschall: The parties' joint motion (No. 9 ) under Local Rule 7.1 for leave to file oversized briefs in support of defendant's anticipated motion to dismiss the complaint is granted. Both defendant's opening brief and plaintiff's response brief may be no longer than 25 pages. Mailed notice (mjc, ) (Entered: 02/17/2021) |
| 02/17/2021 | ï 11 | MINUTE entry before the Honorable Joan B. Gottschall: Prior to this case's removal from state court, plaintiff filed (No. [1–1]) a motion for class certification. The motion does not appear to have been briefed, and it was argued under Illinois procedural rules. Since the parties are now at issue in this court, they have until and including 2/19/2021 to tell this court any reason the motion should not be denied without prejudice to renewal under Rule 23 of the Federal Rules of Civil Procedure. Mailed notice (mjc, ) (Entered: 02/17/2021) |
| 02/17/2021 | ï 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–17937352. (Brown, Kristine) (Entered: 02/17/2021) |
| 02/17/2021 | ï 13 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–17937377. (Reinke, Gavin) (Entered: 02/17/2021) |
| 02/17/2021 | ï 14 | Notice by Anand Edke *of Consent to Dismissal without Prejudice of Plaintiff's Motion to Certify Class (Joint)* (Malmstrom, Carl) (Entered: 02/17/2021) |
| 02/17/2021 | ï 15 | MINUTE entry before the Honorable Joan B. Gottschall: Based on the parties' joint notice (No. 14 ) of their consent to the dismissal without prejudice of plaintiff's motion for class certification filed prior to this case's removal from state court, the motion (No. [1–1]) is denied without prejudice. Mailed notice (mjc, ) (Entered: 02/17/2021) |
| 02/17/2021 | ï 16 | MINUTE entry before the Honorable Joan B. Gottschall: Attorney Kristine Brown's motion to appear pro hac vice 12 on behalf of the defendant is granted. Attorney Gavin Reinke's motion to appear pro hac vice 13 on behalf of the defendant is granted. Mailed notice (mjc, ) (Entered: 02/17/2021) |
| 02/19/2021 | ï 17 | MOTION by Defendant Belden, Inc. to dismiss for lack of jurisdiction , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Belden, Inc. , MOTION by Defendant Belden, Inc. to transfer case *to Eastern District of Missouri* (Brown, Kristine) (Entered: 02/19/2021) |
| 02/19/2021 | ï 18 | MEMORANDUM by Belden, Inc. in support of motion to dismiss/lack of jurisdiction,, Motion to Dismiss for Failure to State a Claim,, motion to transfer case, 17 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brown, Kristine) (Entered: 02/19/2021) |
| 02/22/2021 | ï 19 | MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion to certify class 14 is briefed as follows: response due 3/15/21; reply due 3/29/21. The court will rule by mail. Mailed notice (mjc, ) (Entered: 02/22/2021) |
| 02/22/2021 | ï 20 | MINUTE entry before the Honorable Joan B. Gottschall: Defendant's motion (No. 17 ) to dismiss the complaint or to transfer this action is briefed as follows: response due: 3/12/2021; reply due: 3/26/2021. The court will rule by mail and, if necessary, set a further deadline or hearing date when |

| | | it rules. Mailed notice (mjc, ) (Entered: 02/22/2021) |
|---|---|---|
| 02/22/2021 | 21 | MINUTE entry before the Honorable Joan B. Gottschall: The court's order, ECF No. 19 , is entered in error. The briefing schedule is stricken. Mailed notice (mjc, ) (Entered: 02/22/2021) |
| 03/12/2021 | 22 | RESPONSE by Anand Edkein Opposition to MOTION by Defendant Belden, Inc. to dismiss for lack of jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Belden, Inc. MOTION by Defendant Belden, Inc. to transfer case *to Eastern District of Missouri* 17 (Attachments: # 1 Exhibit A, # 2 Affidavit of Anand Edke)(Malmstrom, Carl) (Entered: 03/12/2021) |
| 03/26/2021 | 23 | REPLY by Defendant Belden, Inc. to motion to dismiss/lack of jurisdiction,, Motion to Dismiss for Failure to State a Claim,, motion to transfer case, 17 (Brown, Kristine) (Entered: 03/26/2021) |
| 03/30/2021 | 24 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–18071521. (Byrd, Rachele) (Entered: 03/30/2021) |
| 03/31/2021 | 25 | MINUTE entry before the Honorable Joan B. Gottschall: Attorney Rachele Byrd's motion to appear pro hac vice 24 on behalf of the plaintiff is granted. Mailed notice (mjc, ) (Entered: 03/31/2021) |
| 04/12/2021 | 26 | MINUTE entry before the Honorable Joan B. Gottschall: Enter order. Consistent with the order, the parties are directed to submit memoranda of law as follows: opening memoranda due: 4/23/2021; responses due: 4/30/2021. Mailed notice (mjc, ) (Entered: 04/12/2021) |
| 04/12/2021 | 27 | ORDER Signed by the Honorable Joan B. Gottschall on 4/12/2021.Mailed notice(mjc, ) (Entered: 04/12/2021) |
| 04/23/2021 | 28 | RESPONSE by Anand Edkein Opposition to MOTION by Defendant Belden, Inc. to dismiss for lack of jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Belden, Inc. MOTION by Defendant Belden, Inc. to transfer case *to Eastern District of Missouri* 17 *(Plaintiff's Supplemental Memorandum of Law in Further Opposition to Defendant Belden, Inc.'s Motion to Dismiss or Transfer Case to the Eastern District of Missouri)* (Malmstrom, Carl) (Entered: 04/23/2021) |
| 04/23/2021 | 29 | MEMORANDUM by Belden, Inc. *Regarding Standing, Amount in Controversy, and the Order in Which to Address Pending Issues* (Attachments: # 1 Declaration of Joel Naumoff)(Brown, Kristine) (Entered: 04/23/2021) |
| 04/30/2021 | 30 | MEMORANDUM by Anand Edke *Plaintiff's Responsive Memorandum of Law in Further Opposition to Defendant Belden Inc.'s Motion to Dismiss or to Transfer Case to the Eastern District of Missouri* (Byrd, Rachele) (Entered: 04/30/2021) |
| 04/30/2021 | 31 | RESPONSE by Defendant Belden, Inc. *to Plaintiff's Memorandum Regarding Standing, Amount In Controversy, and the Order In Which To Address Pending Issues* (Brown, Kristine) (Entered: 04/30/2021) |
| 07/16/2021 | 32 | MINUTE entry before the Honorable Joan B. Gottschall: Enter memorandum opinion and order granting defendant's motion (No. 17 ) under 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Eastern District of Missouri. In accordance with the memorandum opinion and order, defendant's motion to dismiss for lack of personal jurisdiction is denied as moot. The remainder of defendant's motion to dismiss (No. 17 ) is left for the transferee court. This case is transferred under 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Missouri. Mailed notice (vcf, ) (Entered: 07/16/2021) |
| 07/16/2021 | 33 | MEMORANDUM Opinion and Order. Signed by the Honorable Joan B. Gottschall on 7/16/2021. Mailed notice(vcf, ) (Entered: 07/16/2021) |
| 07/30/2021 | 34 | |

TRANSFERRED to the United States District Court for the Eastern District of Missouri the electronic record. (jh, ) (Entered: 07/30/2021)