IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANAND EDKE, Individually and On Behalf of All Others Similarly Situated<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BELDEN, INC.<br><br>　　　　　Defendant. | Case No.: 4:21-cv-955-MTS<br><br>Judge: Hon. Matthew T. Schelp |

**JOINT MOTION AND MEMORANDUM TO STAY ACTION**

Pursuant to the agreement of the parties, Plaintiff Anand Edke and Defendant Belden, Inc. hereby respectfully move, pursuant to Local Rule 4.01, to stay all deadlines in this Action until the Related Action, *Mackey v. Belden, Inc.*, Case No. 4:21-cv-149, currently pending before the Honorable John A. Ross, is fully and finally resolved.  In support of their motion, the Parties state as follows:

　　　　1.　　　This action was commenced in the Circuit Court of Cook County, Illinois, on January 7, 2021 as Case No. 2021-CH-000047;

　　　　2.　　　On February 4, 2021, the Related *Mackey* Action was filed in the United States District Court for the Eastern District of Missouri;

　　　　3.　　　On February 12, 2021, Defendant removed this Action to the United States District Court for the Northern District of Illinois and it was assigned to the Honorable Joan Gottschall;

　　　　4.　　　Following extensive jurisdictional briefing, Judge Gottschall ordered this action transferred to the Eastern District of Missouri on July 16, 2021 (*see* ECF No. 33).  This action was placed on the docket of the Honorable Patricia Cohen (*see* Case Opening Notification at ECF

No. 34);

5. Shortly following the effectuation of the transfer, Judge Ross ruled on the motion to dismiss in the *Mackey* Action, partially granting and partially denying the motion (*see Mackey*, ECF No. 22);

6. Following transfer of this Action to the Eastern District of Missouri, Judge Cohen ordered the parties to submit supplemental briefing regarding subject matter jurisdiction (*see* ECF No. 43);

7. On August 23, 2021, this Action was transferred to the docket of the Honorable Matthew Schelp (*see* ECF No. 47), who adopted Judge Cohen's order requesting supplemental briefing and added another issue for the parties to address regarding the Court's subject matter jurisdiction (*see* ECF No. 49);

8. In the time since the ruling on defendant's motion to dismiss in the *Mackey* Action, the parties in the *Mackey* Action have negotiated a stipulated ESI protocol and a stipulated protective order and engaged in case management proceedings;

9. In the interests of economy and conserving judicial resources, the Parties hereby respectfully request that this Action be stayed until such time as the *Mackey* Action is fully resolved;

For the foregoing reasons, the Parties respectfully request that this Court enter an order staying all deadlines until the *Mackey* Action is fully resolved.

Respectfully submitted this 16th of September 2021.

| | |
|---|---|
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC** | **ALSTON & BIRD LLP** |
| By: */s/ Carl V. Malmstrom* | By:  */s/ Gavin Reinke* |

CARL V. MALMSTROM
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  (619) 239-4599
Facsimile:  (619) 234-4599
byrd@whafh.com

**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiff*

KRISTINE MCALISTER BROWN
GAVIN REINKE
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
gavin.reinke@alston.com

**STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION**
ROBB E. HELLWIG   60570(MO)
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
Phone: (314) 721-7011
Fax: (314) 721-8660
rhellwig@stoneleyton.com

*Attorneys for Defendant*

whafhch56669

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, I caused the foregoing document to be filed via This Court's CM/ECF system, which will serve this document to all parties of record.

                                              */s/ Carl V. Malmstrom*
                                              Carl V. Malmstrom