# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANAND EDKE, *on behalf of himself and all others similarly situated*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    Case No. 4:21-cv-00955-MTS |
| BELDEN INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff Anand Edke and Defendant Belden, Inc.'s Joint Motion to Stay, Doc. [52]. Given this action's similarity to another ongoing action in this Court, *Mackey v. Belden, Inc.*, 4:21-cv-00149-JAR (E.D. Mo.), and the parties' joint request, the Court finds a stay of this action is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay, Doc. [52], is **GRANTED**, and this action is **STAYED** pending the disposition of case number 4:21-cv-00149 or until further order of the Court.

**IT IS FURTHER ORDERED** that the parties shall inform this Court within seven (7) days of the date of any disposition in case number 4:21-cv-00149.

**IT IS FINALLY ORDERED** that Defendant shall file with this Court a brief status update on case number 4:21-cv-00149 no later than Friday, July 22, 2022.

Dated this 21st day of January, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE