## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANAND EDKE, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>BELDEN, INC.,<br><br>Defendant. | Case No. 4:21-cv-955-MTS<br><br>Judge: Hon. Matthew T. Schelp |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Anand Edke ("Plaintiff") hereby voluntarily dismisses the above-captioned action in its entirety, with prejudice, pursuant to the Court's granting of the Motion for Final Approval [ECF 72] entered on April 19, 2023, in the related matter of *Mackey v. Belden,* Case No. 4:21-cv-00149-JAR and the terms of the Settlement Agreement therein.

Dated: May 26, 2023

Respectfully submitted,

*/s/ Carl V. Malmstrom*
CARL V. MALMSTROM
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel:  (312) 984-0000
Fax:  (212) 686-0114
malmstrom@whafh.com

RACHELE R. BYRD
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820

San Diego, CA 92101
Telephone:  (619) 239-4599
Facsimile:  (619) 234-4599
byrd@whafh.com

M. ANDERSON BERRY
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of May 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court through CM/ECF system, which will send electronic notification to all counsel of record.

/s/ Rachele R. Byrd_____