# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANAND EDKE, *on behalf of himself and all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:21-cv-00955-MTS |
| BELDEN INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Dismissal, Doc. [64], is **GRANTED**, and this action is **DISMISSED** with prejudice. *See* Fed. R. Civ. P. 41(a)(2).

Dated this 7th day of June 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE